UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | | |
|---|---|---|
| DR. RACHEL McBROOM, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| | ) | No. 7:11-CV-217-FL |
| UNC-PEMBROKE, | ) | |
| | ) | |
| Defendant. | ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the defendant's motion for summary judgment.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered June 24, 2013, and for the reasons set forth more specifically therein, that defendant's motion for summary judgment is granted.

**This Judgment Filed and Entered on June 25, 2013, and Copies To:**

Calvin Columbus Craig, III (via CM/ECF Notice of Electronic Filing)
Katherine A. Murphy (via CM/ECF Notice of Electronic Filing)

| | |
|---|---|
| June 25, 2013 | JULIE A. RICHARDS, CLERK |
| | /s/ Christa N. Baker |
| | (By) Christa N. Baker, Deputy Clerk |